**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Terrell WILLIAMS,**
**Defendant–Appellant.**

No. 08–3607.

United States Court of Appeals,
Seventh Circuit.

Submitted Aug. 18, 2009.

Decided Nov. 4, 2009.

---

* This successive appeal has been submitted to the original panel under Operating Procedure 6(b). After examining the briefs and the record, we have concluded that oral argument is unnecessary. See Fed. R.App. P. 34(a); Cir. R. 34(f).

Daniel L. Bella, Attorney, Office of the United States Attorney, Hammond, IN, for Plaintiff–Appellee.

Clark W. Holesinger, Attorney, Law Office of Clark W. Holesinger, Valparaiso, IN, for Defendant–Appellant.

Before ANN CLAIRE WILLIAMS, Circuit Judge, DIANE S. SYKES, Circuit Judge and JOHN DANIEL TINDER, Circuit Judge.

## ORDER

Michael Williams pleaded guilty to possessing marijuana with intent to distribute, *see* 21 U.S.C. § 841(a)(1), and using a firearm in furtherance of the drug offense, *see* 18 U.S.C. § 924(c). As part of his plea agreement Williams waived his right to appeal, and the district court sentenced him to 192 months' imprisonment. Williams appealed anyway, but his appointed counsel have moved to withdraw because they cannot discern a nonfrivolous basis for appeal. *See Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams has not responded to our invitation to comment on counsel's motion. *See* CIR. R. 51(b). Our review is confined to the potential issues identified in counsel's facially adequate supporting brief. *See United States v. Schuh,* 289 F.3d 968, 973–74 (7th Cir.2002).

Williams does not want his guilty plea set aside, so counsel correctly refrained from examining the adequacy of the plea colloquy or voluntariness of the plea. *See United States v. Knox,* 287 F.3d 667, 670–72 (7th Cir.2002). The plea agreement and appeal waiver are thus enforceable, *see Nunez v. United States,* 546 F.3d 450, 454–55 (7th Cir.2008); *United States v. Wilson,* 481 F.3d 475, 483 (7th Cir.2007), rendering this appeal frivolous.

Accordingly, we GRANT counsel's motion to withdraw and DISMISS the appeal.